**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA MAGDALENO, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>GMAC MORTGAGE, LLC, a Delaware limited liability company; MORTGAGEIT, INC., a New York corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; and DOES 1 through 10, Inclusive,<br><br>        Defendants. | Case No.:  SACV09-0922 DOC (ANx)<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL WITH PREJUDICE OF ENTIRE ACTION PURSUANT TO FED. R. CIV. PROC. 41(a)(1)<br><br>[Stipulation re Dismissal with Prejudice of Entire Action filed concurrently herewith]<br><br>Judge: Hon. David O. Carter<br>Magistrate Judge: Arthur Nakazato<br><br>Filing Date:    July 7, 2009<br>Removal Date:  August 10, 2009 |

[~~PROPOSED~~] ORDER GRANTING
DISMISSAL WITH PREJUDICE

LEGAL02/31655745v1

# ORDER

The Court having read and reviewed Plaintiff Mayra Magdaleno's and Defendants GMAC Mortgage, LLC and Executive Trustee Services' Stipulation Re Dismissal With Prejudice of Entire Action Pursuant to Fed. R. Civ. Proc. 41(a)(1) and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice in its entirety, with each side bearing its own attorneys' fees and costs.

The Court having dismissed the above-entitled action with prejudice and upon good cause appearing therefor,

IT IS FURTHER ORDERED that the notice of lis pendens filed by Plaintiff Mayra Magdaleno against the subject property located at 1426 South Flower Street, Santa Ana, California 92707 shall be and is hereby ordered expunged.

**IT IS SO ORDERED.**

DATED: December 10, 2009

_____

David O. Carter
United States District Judge